UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RICHARD ELESON, | No. 2:14-cv-2019 KJM AC P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| SCOTT TIPPEN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, et seq., against the United States Postal Service.

On January 15, 2016, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 17.  Plaintiff has not filed objections.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 15, 2016 (ECF No. 17), are adopted in full;

2. The motion for summary judgment filed by plaintiff, ECF No. 12, is dismissed without prejudice to its renewal at the appropriate stage of these proceedings.

DATED: March 7, 2016

_____
UNITED STATES DISTRICT JUDGE